# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 24-3163**　　　　　　　　　　　　　　　**September Term, 2024**

　　　　　　　　　　　　　　　　　　　　　　1:21-cr-00046-RDM-1
　　　　　　　　　　　　　　　　　　　　　　1:21-cr-00046-RDM-2

　　　　　　　　　　　　　　　　　　**Filed On:** February 4, 2025

United States of America,

　　　　Appellee

　　v.

Patrick Montgomery,

　　　　Appellant

-----------------------------

Consolidated with 25-3006

　　**BEFORE:**　　Millett, Wilkins, and Rao, Circuit Judges

## O R D E R

　　Upon consideration of the unopposed motion to vacate convictions and remand for dismissal, it is

　　**ORDERED** that, in No. 25-3006, the judgment of the district court be vacated and the case be remanded with instructions to dismiss the case as moot.  See United States v. Schaffer, 240 F.3d 35, 37–38 (D.C. Cir. 2001) (en banc).  It is

　　**FURTHER ORDERED** that the consolidation of No. 25-3006 with No. 24-3163 be terminated.

　　Pursuant to D.C. Circuit Rule 36, this disposition will not be published.  The Clerk is directed to issue the mandate in No. 25-3006 forthwith to the district court.

　　　　　　　　　　　　　　　　　　**Per Curiam**

　　　　　　　　　　　　　　　　　　　　**FOR THE COURT:**
　　　　　　　　　　　　　　　　　　　　Clifton B. Cislak, Clerk

　　　　　　　　　　　　　　　　BY:　　/s/
　　　　　　　　　　　　　　　　　　　　Elbert Lestrade
　　　　　　　　　　　　　　　　　　　　Deputy Clerk